UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSE ALDAZ-MEZA,<br><br>    Defendant. | Case No: 2:22-mj-00990-VCF<br><br>ORDER CONTINUING<br>BENCH TRIAL |

Based on the pending stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for May 10, 2023, at the hour of 9:00 a.m., be vacated and continued to June 14, 2023 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this  11th  day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3