**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE AUGUSTIN ALDAZ MEZA,

    Defendant.

Case No.: 2:22-mj-990-VCF

**Order to Close the Case**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Jose Alberto Cortez has successfully completed the conditions of his sentencing.

**ORDER**

IT IS HEREBY ORDERED that Count One is amended to Reckless Driving in violation of 36 C.F.R § 4.2 and N.R.S. 484B.653;

IT IS FURTHER ORDERED that the case be closed.

DATED this 22 day of January, 2024

_____
UNITED STATES MAGISTRATE JUDGE

3